1016

[No. 28997-1-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN EUGENE MONROE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 02-1-00015-6, Thomas J. Majhan, J., entered June 21, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 29125-8-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERTO S. ISIDRO, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 02-1-00214-8, Gordon Godfrey, J., entered July 9, 2002. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 29136-3-II.   Division Two.   November 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY HOLLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00485-9, Bruce W. Cohoe and James R. Orlando, JJ., entered July 22, 2002. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.